UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VW, individually and on behalf of PW, a student
with a disability,

Plaintiff,

-against-

New York City Department of Education,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/27/2021__

21 Civ. 6317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the parties' proposed case management plan and joint letter. ECF No. 12. Accordingly:

1. By **October 29, 2021**, Defendant shall submit the certified administrative record;
2. By **November 19, 2021**, Plaintiffs shall file their motion for summary judgment;
3. By **December 17, 2021**, Defendant shall file its opposition papers and cross-motion for summary judgment, if any;
4. By **January 14, 2022**, Plaintiffs shall file their reply and opposition papers, if any;
5. By **February 11, 2022**, Defendant shall file its reply, and;
6. The parties' request to waive submission of the 56.1 statement of facts is GRANTED.

SO ORDERED.

Dated: September 27, 2021
New York, New York

ANALISA TORRES
United States District Judge