```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.W., individually and on behalf of P.W., a student with a disability,

                             Plaintiffs,

-against-

New York City Department of Education,

                             Defendant.

21 Civ. 6317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' proposed stipulation and order of dismissal. ECF No. 52. This Court will retain jurisdiction to enforce a settlement order for a maximum of one year after termination of the litigation. *See id.* at 1. Accordingly, by **January 6, 2023**, the parties shall file an amended proposed order.

       SO ORDERED.

Dated: December 29, 2022
       New York, New York

ANALISA TORRES
United States District Judge